RECEIVED
BY: [signature]
JUN 23 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

United States District Court
Western District Of Louisiana
Shreveport Division

Demetric D. Gilliam

versus

Warden R. Burl Cain

Civil Action No. 06-321-P
Judge Hicks
Magistrate Judge Hornsby

RECEIVED
JUN 26 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

2nd Requesting Order Of Extension;
Order To Release Property

Petitioner is now before this Honorable Court in hopes that petitioner may be issued an extension giving him time to produce copy's of legal memorandum's that will show he has properly and timely been before every level in the State Courts.

Petitioner, also asserts a plea to this Honorable Court to issue an order to the Louisiana State Penitentiary at Angola, Louisiana requesting them to please release him his property, so that he may collect the necessary documents needed to satisfy the Courts wishes.

Petitioner, therefore, prays this Honorable Court will grant him the request made above.

Thanking you in advance for your cooperation.

Demetric Gilliam
#446957
Demetric Gilliam

**Order**

Extension granted until Aug. 14, 2006.
Request for order to L.S.P. is denied.

[signature]
6-26-06