**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DEMETRIC D. GILLIAM                    CIVIL ACTION NO. 06-0321

VERSUS                                 JUDGE S. MAURICE HICKS, JR.

WARDEN LOUISIANA STATE                 MAGISTRATE JUDGE HORNSBY
PENITENTIARY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and Petitioner's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 13th day of February, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE